> Motion GRANTED.
> The sentencing hearing is reset for 7/31/2024 at 2:00 p.m.

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No.: 3:22-CR-00337** |
| v. ) | |
| ) | **JUDGE TRAUGER** |
| ) | |
| **JESSIE KNOWLES** ) | |

---

### JESSIE KNOWLES' UNOPPOSED MOTION TO CONTINUE HIS APRIL 1, 2024 SENTENCING HEARING

---

The Defendant, Jessie Knowles, by and through undersigned counsel, Jay Clifton, respectfully request that this court grant this Unopposed Motion to Continue the sentencing hearing currently set on **April 1, 2024** at **2:30p.m**. In support of this motion Mr. Knowles avers the following:

1. On October 24, 2022 the United States Government filed a three-count indictment returned from the grand jury. Counts 1 alleges that Mr. Knowles Possessed Marijuana with Intent to Distribute in violation of 21 U.S.C. §841(a)(1), carrying up to five years in prison with a maximum fine of $250,000. Count 2 alleges Unlawful User of a Controlled Substance in possession of a firearm in violation of 18 U.S.C. 922(g)(3), carrying up to 10 years in prison and a $250,000.00 fine, and Possession of a Firearm in furtherance of drug trafficking in violation of 21 U.S.C. 924(c) carrying a mandatory minimum of five years (consecutive) in prison and up to a sentence of Life Imprisonment and a $250,00.00 fine (DE. No.: 13-1.);